ARCHER & GREINER PC
ATTORNEYS AT LAW

**Maureen T. Coghlan**
*Member of New Jersey*
*and Pennsylvania Bars*
mcoghlan@archerlaw.com
856-354-3034 Direct
856-795-0574 Direct Fax

Archer & Greiner, P.C.
1025 Laurel Oak Road
Voorhees, NJ 08043
856-795-2121 Main
856-795-0574 Fax
www.archerlaw.com

August 14, 2026

**VIA CM/ECF**

Honorable Zahid N. Quraishi, U.S.D.J.
United States District Court – District of New Jersey
Clarkson F. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re: *Lana Leguia v. Dr. Dale G. Caldwell*, Civ. Action No. 3:26-10263-ZNQ-TJB**

Dear Judge Quraishi:

This office represents the New Jersey Republican State Committee, Inc. ("NJRSC"), an interested party in the above-captioned matter.

The NJRSC successfully objected to Plaintiff's direct nominating petition, successfully obtained an Order from the Superior Court of New Jersey, Appellate Division overturning the Secretary of State's acceptance of that petition and successfully opposed Plaintiff's emergent Petition for Certification to the New Jersey Supreme Court raising the exact constitutional issues raised here. Despite that, we were not served with this lawsuit and learned this afternoon that the Court has scheduled telephone conference on Monday at 2:30 p.m.

The NJRSC intends to file a motion to intervene and respectfully requests the opportunity to participate in the Court's conference on Monday. We kindly ask that the Court share dial-in information with us.

We thank the Court for consideration of this request.

Respectfully submitted,

*/s/ Maureen T. Coghlan*
MAUREEN T. COGHLAN

cc: All Counsel of Record via CM/ECF