**DENIED.** However, in the interest of full transparency, the conference ranscripts will be made immediately available upon request to the court reporter.

**SO ORDERED this 17th day of AUGUST 2026.**

**HON. ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**

NEW JERSEY GLOBE

December 16, 2026

Honorable Zahid N. Quraishi
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re: **Lana Leguía v. Dr. Dale G. Caldwell (Case 3:26-cv-10263-ZNQ-TJB)**

Via email: znq_orders@njd.uscourts.gov

Dear Judge Quraishi:

My understanding is that the U.S. District Court for the District of New Jersey permits judges, at their discretion, to grant remote public audio access for specific civil proceedings. Because there is significant public interest in Lana Leguía v. Dr. Dale G. Caldwell (Case 3:26-cv-10263-ZNQ-TJB), I respectfully request that you approve such access for the telephonic conference scheduled for 2:30 PM on Monday, August 17, 2026, and that the Court provide me with Dial-in information. I acknowledge that any form of recording, livestreaming, or rebroadcasting of a virtual federal court proceeding is strictly forbidden. I also understand that, if granted permission, this would be in listen-only mode.

Thank you.

David Wildstein
New Jersey Globe
david@njglobe.com