**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LANA LEGUIA,<br>Plaintiff,<br><br>v.<br><br>DR. DALE G. CALDWELL, in his official capacity as Secretary of State of New Jersey,<br><br>Defendant. | **Civil Action No. 3:26-cv-10263-ZNQ-TJB**<br><br>**Hon. Zahid N. Quraishi, U.S.D.J.** |

# PLAINTIFF'S MOTION FOR LEAVE TO FILE LATE AN OVER-LENGTH REPLY BRIEF

Plaintiff Lana Leguia ("Plaintiff"), by and through her undersigned counsel, respectfully moves pursuant to Local Civil Rule 7.2(b) for leave to file a reply brief exceeding the page limitation ordinarily applicable to reply briefs in further support of her emergent application for a temporary restraining order and preliminary injunction. She is also requesting permission to file the brief approximately 19 hours after the Sunday, April 23, 2026 5:00pm deadline.

Good cause exists for the requested enlargement because Plaintiff must reply to two separate opposition submissions that present materially different positions and raise distinct legal and factual issues.

Defendant Secretary of State Dr. Dale G. Caldwell filed a response

addressing, among other matters, Plaintiff's constitutional claims, detrimental reliance, severability, irreparable harm, the balance of equities, and the public interest. Although the Secretary disputes Plaintiff's First Amendment and Equal Protection theories, he agrees with Plaintiff on important aspects of the underlying factual and equitable circumstances, including the approximately five-year State practice upon which Plaintiff relied, and takes the position that Plaintiff should appear on the ballot.

Intervenor-Defendant New Jersey Republican State Committee, Inc. ("NJRSC") filed a separate and substantially broader opposition. In addition to contesting the constitutional merits and equitable grounds for relief, NJRSC raises threshold issues that require a response, including the *Rooker-Feldman* doctrine and Federal Rule of Civil Procedure 19, as well as separate arguments concerning Plaintiff's diligence, the constitutionality of the circulator-residency requirement, and the treatment of direct-nomination and primary-election petitions.

The reply to these two briefs therefore must address not merely a single opponent's response to Plaintiff's application, but two distinct submissions presenting different legal theories and, in important respects, different positions concerning the relief sought. The additional length is necessary to respond meaningfully to those arguments without sacrificing Plaintiff's ability to address the

jurisdictional, constitutional, and equitable issues upon which disposition of this emergent election matter may depend.

The requested enlargement is also warranted by the exceptional time-sensitive circumstances of this action. Plaintiff seeks preliminary relief necessary to preserve her candidacy for the November 3, 2026 General Election, and the issues before the Court implicate ballot access, constitutional rights, and imminent election-administration deadlines.

Plaintiff has endeavored to avoid unnecessary repetition and to confine her reply to matters necessary to answer the two opposition submissions. The requested enlargement therefore results from the number and breadth of the issues raised by Defendant and Intervenor-Defendant, rather than any attempt to circumvent the ordinary page limitation.

Plaintiff's counsel conferred with all parties and there is no opposition to filing an overlength brief.

Plaintiff is also asking leave to file the brief several hours after the Sunday 5:00 August 24, 2026 until approximately 11:00 Monday morning. Good cause exists to grant permission. Both Mr. Fortunato and Ms. Steinhagen do not have any administrative assistance, this matter required additional research since receiving Intervenor-Defendants' papers on Friday, August 21, and Ms. Steinhagen had difficulty getting into PACER first thing this morning. The two-day schedule to

file a reply was extremely tight especially given the numerous arguments to which Plaintiff needed to respond.

Intervenor-Defendant opposes this request, and we have not heard from the State on this issue.

**THEREFORE**, Plaintiff Lana Leguia respectfully requests that the Court enter an Order pursuant to Local Civil Rule 7.2(b) granting Plaintiff leave to file her over-length Reply Brief in Further Support of her Application for a Temporary Restraining Order and Preliminary Injunction that was filed earlier this morning, approximately 19 hours after the scheduled time.

Respectfully submitted,

**JOSEPH A. FORTUNATO LAW OFFICE**
By: /s/ Joseph A. Fortunato
Joseph A. Fortunato, Esq.
And

**NEW JERSEY APPLESEED PUBLIC INTEREST LAW CENTER**
By: **/s/ Renée Steinhagen**
Renée Steinhagen, Esq.

Attorneys for Plaintiff Lana Leguia

Dated: August 24, 2026