**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LANA LEGUIA,<br>Plaintiff,<br><br>v.<br><br>DR. DALE G. CALDWELL, in his official capacity as Secretary of State of New Jersey,<br><br>Defendant. | **Civil Action No. 3:26-cv-10263-ZNQ-TJB**<br><br>**Hon. Zahid N. Quraishi, U.S.D.J.** |

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE OVER-LENGTH REPLY BRIEF

THIS MATTER having been opened to the Court upon the Motion of Plaintiff Lana Leguia, by and through her undersigned counsel, for leave pursuant to Local Civil Rule 7.2(b) to file an over-length Reply Brief several hours after the Sunday 5:00 sheduled time to file a Reply in further support of Plaintiff's application for a temporary restraining order and preliminary injunction; and, the Court having considered Plaintiff's submission; and the objections of the NJRSC and for good cause shown;

IT IS on this 25th day of August 2026,

**ORDERED** that Plaintiff's Motion [28] for Leave to File an Over-Length Reply Brief approximately 19 hours after the Sunday August 23, 5:00pm deadline is **GRANTED**; and it is further

**ORDERED** that Plaintiff is granted leave to file the Reply Brief submitted in connection with this Motion notwithstanding the page limitation otherwise applicable under Local Civil Rule 7.2(b); and it is further

**ORDERED** that the Clerk of Court shall accept Plaintiff's Reply Brief for filing.

HON. ZAHID N. QURAISHI, U.S.D.J.