**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LANA LEGUIA,<br><br>Plaintiff,<br><br>v.<br><br>DR. DALE G. CALDWELL, in his official capacity as Secretary of State of New Jersey,<br><br>Defendant. | Hon. Zahid N. Quraishi, U.S.D.J.<br><br>Civil Action No.: 26-10263 |

**DECLARATION OF NATHANIEL F. RUBIN**

I, Nathaniel F. Rubin, being of full age, hereby declare as follows:

1. I am a Deputy Attorney General in the New Jersey Office of the Attorney General and counsel to the Secretary of State of New Jersey in the above-captioned matter. I am over the age of 18 and competent to make this Declaration, which I submit pursuant to this Court's instruction on the record during the hearing on Plaintiff's Motion for a Preliminary Injunction held on August 25, 2026.

2. On May 17, 2021, Judge Sheridan of the District of New Jersey issued an order granting Plaintiffs' Motion for Summary Judgment in *Arsenault v. Way*, 539 F. Supp. 3d 335 (D.N.J. 2021). Judge Sheridan's order provided that N.J. Stat. Ann. § 19:23-11 "is declared unconstitutional in part regarding the residency requirement for nominating petition circulators" and that the New Jersey Division of Elections would

"provide to Plaintiffs by December 1, 2021 its determination of a more narrowly tailored procedure to comport with this ruling." *Id.* at 348-39.

3. In November 2021, staff from the Division of Elections and New Jersey Department of State conferred with staff from the New Jersey Attorney General's Office regarding the implementation of *Arsenault*. The Division of Elections determined, in consultation with the Attorney General's Office, to respond to *Arsenault* by ceasing to enforce a residency requirement for petition circulators under N.J. Stat. Ann. §19:23-11. Staff from the Division of Elections and New Jersey Department of State thereafter conferred with staff from the New Jersey Attorney General's Office, and staff from the Division of Elections determined, in consultation with the Attorney General's Office, to not enforce a residency requirement for petition circulators under N.J. Stat. Ann. §19:13-7.

4. Since at least the 2021 election cycle, the Division of Elections has made guidance on petition circulator requirements available to campaigns via a Petition Filing Instruction Sheet. The Division makes new Petition Filing Instruction Sheets available each cycle. Separate Petition Filing Instruction Sheets exist for each primary and general election petition process for federal, gubernatorial, and state legislative races.

**The 2021 and 2022 Election Cycles**

5. During the 2021 election cycle the Petition Filing Instruction Sheets issued by the Division of Elections for both primary and general elections advised that circulators needed to reside in New Jersey. Although the Division of Elections had begun to implement *Arsenault* by the time the 2022 election cycle began, its written

guidance remained the same for the Petition Filing Instruction Sheets used during the 2022 election cycle.

6. Attached hereto as Exhibit 1 is a true and correct copy of the Petition Filing Instruction Sheet for the 2021 Primary Election to the New Jersey General Assembly.

7. Exhibit 1 provides the guidance at page 1 that "[t]he circulator does not have to be a singer of the petition but must be a registered voter in the State who is affiliated with the same political party named in the petition (N.J.S.A. 19:23-11)."

8. The Petition Filing Instruction Sheets for the 2021 Primary Election for Governor and the 2021 Primary Election to the New Jersey State Senate provided identical guidance to that described in the paragraph above.

9. Attached hereto as Exhibit 2 is a true and correct copy of the Petition Filing Instruction Sheet for the 2021 General Election to the New Jersey General Assembly.

10. Exhibit 2 provides the guidance at page 1 that "[t]he person who circulates the petition does not have to be a signer of the petition and shall not be required to be a registered voter, but shall be voter eligible, which means at least 18 years of age, a resident of this State, a citizen of the United States, and not otherwise disqualified from voting under the State Constitution or election laws of New Jersey…(N.J.S.A. 19:13-7)."

11. The Petition Filing Instruction Sheets for the 2021 General Election for Governor and the 2021 General Election to the New Jersey State Senate provided identical guidance to that described in the paragraph above.

12. Attached hereto as Exhibit 3 is a true and correct copy of the Petition Filing Instruction Sheet for the 2022 Primary Election to the U.S. House of Representatives.

13. Exhibit 3 provides the guidance at page 2 that "[t]he circulator does not have to be a signer of the petition but must be a registered voter in the State who is affiliated with the same political party named in the petition. (N.J.S.A. 19:23-11)."

14. The Division of Elections did not have other primary contests for which it prepared Petition Filing Instruction Sheets for the 2022 election cycle.

15. Attached hereto as Exhibit 4 is a true and correct copy of the Petition Filing Instruction Sheet for the 2022 General Election to the United States House of Representatives.

16. Exhibit 4 provides the guidance at page 1 that "[t]he person who circulates the petition does not have to be a signer of the petition and shall not be required to be a registered voter, but shall be voter eligible, which means at least 18 years of age, a resident of this State, a citizen of the United States, and not otherwise disqualified from voting under the State Constitution or election laws of New Jersey…(N.J.S.A. 19:13-7).

17. The Petition Filing Instruction Sheets for the 2022 General Election to the Unexpired Term for the Twelfth Legislative District of the New Jersey General Assembly and for the 2022 General Election to the Unexpired Term of the Twenty-Eighth Legislative District of the New Jersey State Senate provided identical guidance to that described in the paragraph above.

18. The Division of Elections has reviewed its available records, and is unaware of any instance during the 2022 election cycle where it rejected a nominating petition on the basis of its circulators' residency, whether for lack of apparent conformity with the provisions of Title 19 of the New Jersey Statutes, *see* N.J. Stat. Ann. §§19:13-10, 19:23-20.1, or following objections to a petition and a final administrative decision.

**The 2023 Election Cycle**

19. The Division of Elections revised the guidance it provided to campaigns in its written Petition Filing Instruction Sheets for the 2023 election cycle. This revised guidance removed language in the instructions for both primary and general election petitions advising that circulators were required to reside in New Jersey. The Division has consistently deployed similar guidance in its instruction sheets in subsequent elections. Consistent with the instruction sheets, the Division's other guidance has reflected that circulators do not need to be New Jersey residents, and the Division has likewise not rejected petitions on the basis of circulator non-residency during or following the 2023 election cycle.

20. Attached hereto as Exhibit 5 is a true and correct copy of the Petition Filing Instruction Sheet for the 2023 Primary Election to the New Jersey General Assembly.

21. Exhibit 5 provides the guidance at Page 2 that "[t]he circulator does not have to be a signer of the petition but must be an individual who is affiliated with the same political party named in the petition, at least 18 years of age, a citizen of the United States and not otherwise disqualified from voting (N.J.S.A. 19:23-11)."

22. Exhibit 5 thus omits language from previous primary elections providing guidance that a circulator must be registered to vote in New Jersey.

23. The Petition Filing Instruction Sheet for the 2023 Primary Election to the New Jersey State Senate provided identical guidance to that described in Paragraph 21.

24. Attached hereto as Exhibit 6 is a true and correct copy of the Petition Filing Instruction Sheet for the 2023 General Election to the New Jersey General Assembly.

25. Exhibit 6 provides the guidance at page 1 that "[t]he person who circulates the petition does not have to be a signer of the petition and shall not be required to be a registered voter, but shall be at least 18 years of age, a citizen of the United States, and not otherwise disqualified from voting under the State Constitution or election laws of New Jersey…(N.J.S.A. 19:13-7)."

26. Exhibit 6 thus omits language from previous general elections providing that a person who circulates a general election petition must be "a resident of this State."

27. The Petition Filing Instruction Sheet for the 2023 General Election to the New Jersey State Senate provided identical guidance to that described in Paragraph 25.

28. In addition to its Petition Filing Instruction Sheets, the Division of Elections provided guidance regarding circulator residency requirements in response to inquiries from interested parties, such as candidates or campaigns, by email or by telephone.

29. Following a review of its available records, the Division of Elections is unaware of any instance, from the 2023 election cycle or thereafter, where it provided

phone or email guidance to any such party, for either a primary or general election, that circulators would be required to be New Jersey residents.

30. Following a review of its available records, the Division of Elections is unaware of any in instance during the 2023 election cycle or thereafter where it rejected a nominating petition on the basis of its circulators' residency, whether for lack of apparent conformity with the provisions of Title 19 of the New Jersey Statutes, *see* N.J. Stat. Ann. §§19:13-10, 19:23-20.1, or following objections to a petition and a final administrative decision.

**The 2024 and 2025 Election Cycles**

31. During the 2024 and 2025 election cycles, the Division of Elections provided guidance on its Petition Filing Instruction Sheets consistent with the guidance provided during the 2023 cycle. Its 2024 guidance mirrored that provided in the 2023 cycle. In the 2025 cycle, intervening legislative action caused the Division of Elections to provide updated Petition Circulator Instruction Sheets in some races after their originals had been prepared, but across all races, the Petitioner Circulator Instruction Sheets maintained the 2023 cycle's change in guidance. The Division of Elections is unaware of any instance during the 2024 or 2025 cycles where it provided any phone or email guidance to any interested party, such as a candidate or campaign, that circulators would be required to be New Jersey residents. The Division of Elections is unaware of any instance during the 2024 and 2025 election cycles where it rejected a nominating petition on the basis of its circulators' residency, whether for lack of apparent conformity with the provisions of Title 19 of the New Jersey Statutes, *see* N.J.

Stat. Ann. §§19:13-10, 19:23-20.1, or following objections to a petition and a final administrative decision.

32. Attached hereto as Exhibit 7 is a true and correct copy of the Petition Filing Instruction Sheet for the 2024 Primary Election to the United States House of Representatives.

33. Exhibit 7 provides identical guidance to that provided by Exhibit 5 and described at Paragraph 21.

34. The Petition Filing Instruction Sheets for the 2024 Primary Election to the United States Senate, 2024 Special Primary Election to the Unexpired Term for the Tenth Congressional District of the U.S. House of Representatives, 2024 Primary Elections for Congressional District Delegates, Alternate District Delegates, Delegates at Large, and Alternate Delegates at Large to the Democratic and Republican National Conventions, and 2024 Primary Election for Choice for President of the United States provided identical guidance to that described in the paragraph above.

35. Attached hereto as Exhibit 8 is a true and correct copy of the Petition Filing Instruction Sheet for the 2024 General Election to the United States House of Representatives.

36. Exhibit 8 provides identical guidance to that provided by Exhibit 6 and described at Paragraph 25.

37. The Petition Filing Instruction Sheets for the 2024 General Election to the U.S. Senate, 2024 Special General Election to the Unexpired Term for the Tenth Congressional District of the U.S. House of Representatives, and 2024 General Election

for Electors for President & Vice President of the United States provide identical guidance to that described in the paragraph above.

38. Attached hereto as Exhibit 9 is a true and correct copy of the original Petition Filing Instruction Sheet for the 2025 Primary Election to the New Jersey General Assembly.

39. Attached hereto as Exhibit 10 is a true and correct copy of the amended Petition Filing Instruction Sheet for the 2025 Primary Election to the New Jersey General Assembly.

40. The amended Petition Filing Instruction Sheet superseded the original Petition Filing Instruction Sheet after the passage of L. 2025 ch. 20, which changed the number of signatures required for a nominating petition in a primary for General Assembly.

41. The Division of Elections followed a similar original-and-amended procedure for its Petition Filing Instruction Sheet for the 2025 Primary Election for Governor of New Jersey.

42. Exhibit 9 provides identical guidance to that provided by Exhibit 5 and described at paragraph 21.

43. Exhibit 10 provides identical guidance to that provided by Exhibit 5 and described at paragraph 21.

44. The original and amended Petition Filing Instruction Sheets for the 2025 Primary Election for Governor of New Jersey, and the Petition Filing Instruction Sheet for the 2025 Primary Election to the New Jersey State Senate provide identical guidance to that described in the paragraph above.

45. Attached hereto as Exhibit 11 is a true and correct copy of the original Petition Filing Instruction Sheet for the 2025 General Election to the New Jersey General Assembly.

46. Attached hereto as Exhibit 12 is a true and correct copy of the amended Petition Filing Instruction Sheet for the 2025 General Election to the New Jersey General Assembly.

47. The amended Petition Filing Instruction Sheet superseded the original Petition Filing Instruction Sheet after the passage of L. 2025 ch. 20, which changed the number of signatures required for a nominating petition in a primary for General Assembly.

48. The Division of Elections followed a similar original-and-amended procedure for its Petition Filing Instruction Sheet for the 2025 General Election for Governor of New Jersey.

49. Exhibit 11 provides on page 1 provides that "the person who circulates the petition does not have to be a signer of the petition and shall not be required to be a registered voter, but shall be at least 18 years of age, a citizen of the United States, and not otherwise disqualified from voting under the State Constitution or election laws of New Jersey." That guidance is identical to the guidance provided by Exhibit 6 and described at Paragraph 25. Before citing N.J.S.A. 19:13-7, Exhibit 11 also provides guidance that "[i]f the same person circulates more than one petition, he/she must complete the Affidavit of Circulator in each booklet. If more than one person circulates the same petition booklet or multiple petition booklets, all individuals will need to

complete an Affidavit of Circulator." This additional guidance is immaterial to any residency requirement.

50. Exhibit 12 provides identical guidance to that provided by Exhibit 11 and described in paragraph 49.

51. The original and amended Petition Filing Instruction Sheets for the 2025 General Election for Governor of New Jersey, and the Petition Filing Instruction Sheet for the 2025 General Election to the New Jersey State Senate provide identical guidance to that described in the paragraph above.

**The 2026 Election Cycle**

52. As with previous election cycles, the Division of Election prepared Petition Filing Instruction Sheets for the current election cycle. These reflect similar guidance to those provided for the 2023, 2024, and 2025 cycles. The Division of Elections is unaware of any instance during the 2026 cycle where it provided any phone or email guidance to any interested party, such as a candidate or campaign, that circulators would be required to be New Jersey residents. The Division of Elections is unaware of any instance during the 2026 election cycle where it rejected a nominating petition on the basis of its circulators' residency, whether for lack of apparent conformity with the provisions of Title 19 of the New Jersey Statutes, *see* N.J. Stat. Ann. §§ 19:13-10, 19:23-20.1, or following objections to a petition and a final administrative decision.

53. Attached hereto as Exhibit 13 is a true and correct copy of the Petition Filing Instruction Sheet for the 2026 Primary Election to the United States House of Representatives.

54. Exhibit 13 provides guidance at page 1 that "[t]he circulator does not have to be a signer of the petition but must be an individual who is affiliated with the same political party named in the petition, at least 18 years of age, a citizen of the United States and not otherwise disqualified from voting (N.J.S.A. 19:23-11)." This guidance is identical to that provided by Exhibit 5 and described at paragraph 21.

55. The Petition Filing Instruction Sheet for the 2026 Primary Election to the United States Senate contains identical guidance to that described in the paragraph above.

56. Attached hereto as Exhibit 14 is a true and correct copy of the Petition Filing Instruction Sheet for the 2026 General Election to the United States House of Representatives.

57. Exhibit 14 provides guidance at Page 1 that "[t]he person who circulates the petition does not have to be a signer of the petition and shall not be required to be a registered voter, but shall be at least 18 years of age, a citizen of the United States, and not otherwise disqualified from voting under the State Constitution or election laws of New Jersey. If the same person circulates more than one petition, he/she must complete the Affidavit of Circulator in each booklet. If more than one person circulates the same petition booklet or multiple petition booklets, all individuals will need to complete an Affidavit of Circulator…(N.J.S.A. 19:13-7)." This guidance is identical to that provided by Exhibit 11 and described in paragraph 49.

58. The Petition Filing Instruction Sheet for the 2026 General Election to the United States Senate contains identical guidance to that described in the paragraph above.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this 26th day of August, 2026.

*/s/ Nathaniel F. Rubin*
Nathaniel F. Rubin
Deputy Attorney General
nathaniel.rubin@njoag.gov
25 Market Street
Trenton, NJ 08625
(609) 789-2889

# Exhibit 1

STATE OF NEW JERSEY
DEPARTMENT OF STATE
DIVISION OF ELECTIONS
P.O. BOX 304
TRENTON, NJ 08625-0304

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

TAHESHA WAY
*Secretary of State*

**PETITION FILING INSTRUCTION SHEET**
**2021 PRIMARY ELECTION**
**NEW JERSEY GENERAL ASSEMBLY**

**This information sheet is not meant to encompass all of the statutory and constitutional requirements for filing petitions, but is to be used only as a guide. If you have any additional questions, you should seek legal counsel.**

The New Jersey Division of Elections accepts petitions on behalf of the Secretary of State, who serves as the Chief Election Official of the State of New Jersey. Set forth below are qualifications for candidacy along with an overview of the statutory requirements for submitting petitions to conform with Title 19, the Election Laws of New Jersey.

**Candidate(s) petitions may be filed in person by appointment only, by mail or electronically, but must be received by the deadline date, on or before 4:00 p.m. on *April 5, 2021*. (N.J.S.A. 19:23-14)**

Pursuant to the Constitution of the State of New Jersey, Article IV, Section 1, Paragraph 2, to qualify as a candidate for the office of New Jersey General Assembly, you must meet the following qualifications:

- shall have attained the age of 21 years by the day of the swearing into office
- a United States Citizen
- a resident of New Jersey for two years as of the day of the General Election
- a resident of the legislative district for one year as of the day of the General Election
- a legal voter by the day the petition is filed

Each candidate should read and follow petition instructions.

In accordance with Title 19, petitions must meet the following requirements:

- Candidate's name, residence address, post-office address, and candidate's email address must appear on each petition. (N.J.S.A. 19:23-7);

- The circulator/witness is the person who collected the signatures on the petition and must complete and sign the **"Affidavit of Person who Circulates this Petition and Witnesses Signatures"** where indicated. If the same person circulates more than one petition, he/she must complete the Affidavit of Circulator in each booklet. **Note: Affidavit must be notarized** (N.J.S.A. 19:23-11);

- The circulator does not have to be a signer of the petition but must be a registered voter in the State who is affiliated with the same political party named in the petition (N.J.S.A. 19:23-11);

- Candidate(s) must sign an **"Oath of Allegiance."** (N.J.S.A. 19:23-15);
  **Note: Oath of Allegiance must be notarized;**

- Candidate(s) must sign a **"Certificate of Acceptance to be Signed by Candidate."** (N.J.S.A. 19:23-15);

- Candidate(s) must sign a **"Disclosure Statement of Criminal Conviction."** (N.J.S.A. 19:23-15);

- Contain the names, addresses and signatures of at least 100 registered voters who are affiliated with the same political party named in the petition in the Legislative District on the **"Signature Sheet".** (N.J.S.A. 19:23-8);

- If Candidate(s) are requesting that their names be bracketed, their names must appear the same on all petition booklets (N.J.S.A. 19:23-8);

- **"Candidate's Request for Slogan on the Official Primary Election Ballot.**" A candidate may request a designation/slogan which must not exceed six (6) words. Further, "…no such designation or slogan shall include or refer to the name of any person or any incorporated association of this State unless the written consent of such person or incorporated association of this State has been filed with the petition of nomination of such candidate or group of candidates". (N.J.S.A. 19:23-17);

The person submitting a petition will be asked to provide the day and evening telephone numbers in addition to an email address of the candidate, in order to notify him or her if a challenge to the petition is filed. The daytime phone number will also be used for public information purposes, i.e., press/citizen inquiry.

Completed candidate petitions can either be hand-delivered, mailed or submitted electronically to the Division of Elections. Please find the contact information listed below.

**Office Location:**
**20 W. State Street, 4th Floor**
**Trenton, NJ 08608**

**Mailing Address for United States Postal Service:**
**P.O. Box 304**
**Trenton, NJ 08625-0304**

**Delivery address for all other carriers, i.e., UPS, FedEx, etc.:**
**20 W. State Street, 4th Floor**
**Trenton, NJ 08608**

**Submit electronically to one of the following email addresses:**
**dawn.schilling@sos.nj.gov; or donna.barber@sos.nj.gov.**

**PLEASE BE ADVISED: Petitions being submitted in person require a petition filing appointment. The Division of Elections is not accepting walk-in appointments.**

Schedule an appointment by visiting http://nj.gov/state/elections/candidate-petitions.html.

**We suggest filing your petition as early as possible!**

# Exhibit 2

STATE OF NEW JERSEY
DEPARTMENT OF STATE
DIVISION OF ELECTIONS
P.O. BOX 304
TRENTON, NJ 08625-0304

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

TAHESHA WAY
*Secretary of State*

**PETITION FILING INSTRUCTION SHEET**
**2021 GENERAL ELECTION**
**NEW JERSEY GENERAL ASSEMBLY**

**This information sheet is not meant to encompass all of the statutory and constitutional requirements for filing petitions, but is to be used only as a guide. If you have any additional questions, you should seek legal counsel.**

The New Jersey Division of Elections accepts petitions on behalf of the Secretary of State, who serves as the Chief Election Official of the State of New Jersey. Set forth below are qualifications for candidacy along with an overview of the statutory requirements for submitting petitions to conform with Title 19, the Election Laws of New Jersey.

**Candidate(s) petitions may be filed in person by appointment only, by mail or electronically, but must be received by the deadline date, on or before 4:00 p.m. on *June 8, 2021* the day of the primary election. (N.J.S.A. 19:13-9)**

Pursuant to the Constitution of the State of New Jersey, Article IV, Section 1, Paragraph 2, to qualify as a candidate for the office of New Jersey General Assembly, you must meet the following qualifications:

- shall have attained the age of 21 years by the day of the swearing into office
- a United States Citizen
- a resident of New Jersey for two years as of the day of the General Election
- a resident of the legislative district for one year as of the day of the General Election
- a legal voter by the day the petition is filed

Each candidate should read and follow petition instructions.

In accordance with Title 19, petitions must meet the following requirements:

- Candidate's name, residence address, post-office address, and candidate's email address must appear on each petition. (N.J.S.A. 19:13-6);

- Signed **"Affidavit of Person who Circulates this Petition and Witnesses Signatures"**. The person who circulates the petition does not have to be a signer of the petition and shall not be required to be a registered voter, but shall be voter eligible, which means at least 18 years of age, a resident of this State, a citizen of the United States, and not otherwise disqualified from voting under the State Constitution or election laws of New Jersey. **Note: Affidavit must be notarized**. (N.J.S.A. 19:13-7);

- Candidate(s) must sign an **"Oath of Allegiance."** (N.J.S.A. 19:13-8);
  **Note: Oath of allegiance must be notarized;**

- Candidate(s) must sign a **"Certificate of Acceptance to be Signed by Candidate."** (N.J.S.A. 19:13-8);

- Candidate(s) must sign a **"Disclosure Statement of Criminal Conviction."** (N.J.S.A. 19:13-8);

- Contain the names, addresses and signatures of at least 100 legally qualified New Jersey voters in the Legislative District on the **"Signature Sheet"**. (N.J.S.A. 19:13-5);

- If Candidate(s) are requesting that their names be bracketed, their names must appear the same on all petition booklets (N.J.S.A. 19:14-10);

- **"Candidate's Request for Slogan on the Official General Election Ballot.**" A candidate shall state a designation/slogan which must not exceed three (3) words. Further, "...no such designation shall contain the designation name, derivative, or any part thereof as a noun or an adjective of any political party entitled to participate in the primary." (N.J.S.A. 19:13-4);

The person submitting a petition will be asked to provide the day and evening telephone numbers in addition to an email address of the candidate, in order to notify him or her if a challenge to the petition is filed. The daytime phone number will also be used for public information purposes, i.e., press/citizen inquiry.

Completed candidate petitions can either be hand-delivered, mailed or submitted electronically to the Division of Elections. Please find the contact information listed below.

**Office Location:**
**20 W. State Street, 4th Floor**
**Trenton, NJ 08608**

**Mailing Address for United States Postal Service:**
**P.O. Box 304**
**Trenton, NJ 08625-0304**

**Delivery address for all other carriers, i.e., UPS, FedEx, etc.:**
**20 W. State Street, 4th Floor**
**Trenton, NJ 08608**

**Submit electronically to one of the following email addresses:**
**dawn.schilling@sos.nj.gov; or donna.barber@sos.nj.gov.**

**PLEASE BE ADVISED: Petitions being submitted in person require a petition filing appointment. The Division of Elections is not accepting walk-in appointments.**

Schedule an appointment by visiting http://nj.gov/state/elections/candidate-petitions.html.

**We suggest filing your petition as early as possible!**

# Exhibit 3

STATE OF NEW JERSEY
DEPARTMENT OF STATE
DIVISION OF ELECTIONS
P.O. BOX 304
TRENTON, NJ 08625-0304

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

TAHESHA WAY
*Secretary of State*

**PETITION FILING INSTRUCTION SHEET**
**2022 PRIMARY ELECTION**
**UNITED STATES HOUSE OF REPRESENTATIVES**

**This information sheet is not meant to encompass all of the statutory and constitutional requirements for filing petitions, but is to be used only as a guide. If you have any additional questions, you should seek legal counsel.**

In order to confirm the correct congressional district information for candidates and signers, please refer to **https://www.njredistrictingcommission.org/adoption2022map.asp**.

The New Jersey Division of Elections accepts petitions on behalf of the Secretary of State, who serves as the Chief Election Official of the State of New Jersey. Set forth below are qualifications for candidacy along with an overview of the statutory requirements for submitting petitions to conform with Title 19, the Election Laws of New Jersey.

**Candidate petitions may be filed in person or by mail, but must be received by the deadline date, on or before 4:00 p.m. on *April 4, 2022*. (N.J.S.A. 19:23-14)**

Pursuant to the Constitution of the United States, Article 1, Section 2, Clause 2, to qualify as a candidate for the office of United States House of Representatives, you must meet the following qualifications:

- shall have attained the age of 25 years by the day of the swearing into office
- a United States Citizen for seven years by the day of the swearing into office
- a resident of New Jersey as of the day of the General Election

Each candidate should read and follow petition instructions.

In accordance with Title 19, petitions must meet the following requirements:

- Candidate's name, residence address, post-office address, and candidate's email address must appear on each petition. (N.J.S.A. 19:23-7); (Page 1 of Petition)

- The circulator/witness is the person who collected the signatures on the petition and must complete and sign the **"Affidavit of Person who Circulates this Petition and Witnesses Signatures"** where indicated. If the same person circulates more than one petition, he/she must complete the Affidavit of Circulator in each booklet. **Note: Affidavit must be notarized** (N.J.S.A. 19:23-11); (Page 12 of Petition)

- The circulator does not have to be a signer of the petition but must be a registered voter in the State who is affiliated with the same political party named in the petition (N.J.S.A. 19:23-11);

- Candidate must sign an **"Oath of Allegiance."** (N.J.S.A. 19:23-15); (Page 15 of Petition)
  **Note: Oath of allegiance must be notarized;**

- Candidate must sign a **"Certificate of Acceptance to be Signed by Candidate."** (N.J.S.A. 19:23-15); (Page 16 of Petition)

- **"Candidate's Request for Slogan on the Official Primary Election Ballot.**" A candidate may request a designation/slogan which must not exceed six (6) words. Further, "…no such designation or slogan shall include or refer to the name of any person or any incorporated association of this State unless the written consent of such person or incorporated association of this State has been filed with the petition of nomination of such candidate or group of candidates". (N.J.S.A. 19:23-17); (Page 13 of Petition)

- Contain the names, addresses and signatures of at least 200 registered voters who are affiliated with the same political party named in the petition in the Congressional District on the **"Signature Sheet".** (N.J.S.A. 19:23-8); (Pages 2-11 of Petition)

The person submitting a petition will be asked to provide the day and evening telephone numbers in addition to an email address of the candidate, in order to notify him or her if a challenge to the petition is filed. The daytime phone number will also be used for public information purposes, i.e., press/citizen inquiry.

Completed candidate petitions can either be hand-delivered or mailed to the Division of Elections. Please find the contact information listed below.

**Office Location:**
**20 W. State Street, 4th Floor**
**Trenton, NJ 08608**

**Mailing Address for United States Postal Service:**
**P.O. Box 304**
**Trenton, NJ 08625-0304**

**Delivery address for all other carriers, i.e., UPS, FedEx, etc.:**
**20 W. State Street, 4th Floor**
**Trenton, NJ 08608**

**Schedule a candidate petition filing appointment:**

In an effort to improve the petition filing experience, the Division of Elections offers petition filers an opportunity to schedule an appointment prior to the petition filing date. Scheduling an appointment will improve the petition filing process and help reduce the time spent filing your petition.

Schedule an appointment by visiting http://nj.gov/state/elections/candidate-petitions.html.

**We suggest filing your petition as early as possible!**

# Exhibit 4

STATE OF NEW JERSEY
DEPARTMENT OF STATE
DIVISION OF ELECTIONS
P.O. BOX 304
TRENTON, NJ 08625-0304

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

TAHESHA WAY
*Secretary of State*

**PETITION FILING INSTRUCTION SHEET**
**2022 GENERAL ELECTION**
**UNITED STATES HOUSE OF REPRESENTATIVES**

**This information sheet is not meant to encompass all of the statutory and constitutional requirements for filing petitions, but is to be used only as a guide. If you have any additional questions, you should seek legal counsel.**

In order to confirm the correct congressional district information for candidates and signers, please refer to **https://www.njredistrictingcommission.org/adoption2022map.asp**.

The New Jersey Division of Elections accepts petitions on behalf of the Secretary of State, who serves as the Chief Election Official of the State of New Jersey. Set forth below are qualifications for candidacy along with an overview of the statutory requirements for submitting petitions to conform with Title 19, the Election Laws of New Jersey.

**Candidate petitions may be filed in person or by mail, but must be received by the deadline date, on or before 4:00 p.m. on *June 7, 2022* the day of the primary election. (N.J.S.A. 19:13-9)**

Pursuant to the Constitution of the United States, Article 1, Section 2, Clause 2, to qualify as a candidate for the office of United States House of Representatives, you must meet the following qualifications:

- shall have attained the age of 25 years by the day of the swearing into office
- a United States Citizen for seven years by the day of the swearing into office
- a resident of New Jersey as of the day of the General Election

Each candidate should read and follow petition instructions.

In accordance with Title 19, petitions must meet the following requirements:

- Candidate's name, residence address, post-office address, and candidate's email address must appear on each petition. (N.J.S.A. 19:13-6); (Page 1 of Petition)

- Signed **"Affidavit of Person who Circulates this Petition and Witnesses Signatures"**. The person who circulates the petition does not have to be a signer of the petition and shall not be required to be a registered voter, but shall be voter eligible, which means at least 18 years of age, a resident of this State, a citizen of the United States, and not otherwise disqualified from voting under the State Constitution or election laws of New Jersey. **Note: Affidavit must be notarized.** (N.J.S.A. 19:13-7); (Page 12 of Petition)

- Candidate must sign an **"Oath of Allegiance."** (N.J.S.A. 19:13-8); (Page 14 of Petition);
  **Note: Oath of allegiance must be notarized;**

- Candidate must sign a **"Certificate of Acceptance to be Signed by Candidate."** (N.J.S.A. 19:13-8); (Page 15 of Petition)

- **"Candidate's Request for Slogan on the Official General Election Ballot."** A candidate shall state a designation/slogan which must not exceed three (3) words. Further, "...no such designation shall contain the designation name, derivative, or any part thereof as a noun or an adjective of any political party entitled to participate in the primary." (N.J.S.A. 19:13-4); (Page 13 of Petition)

- Contain the names, addresses and signatures of at least 50 legally qualified New Jersey voters in the Congressional District on the **"Signature Sheet".** (N.J.S.A. 19:13-5); (Pages 2-11 of Petition) ("In case of a first general election to be held in a newly established election district, county, city or other political division, the number of fifty signatures to a petition shall be sufficient to nominate a candidate to be voted for only in such election district, county, city or other political division.")

The person submitting a petition will be asked to provide the day and evening telephone numbers in addition to an email address of the candidate, in order to notify him or her if a challenge to the petition is filed. The daytime phone number will also be used for public information purposes, i.e., press/citizen inquiry.

Completed candidate petitions can either be hand-delivered or mailed to the Division of Elections. Please find the contact information listed below.

**Office Location:**
**20 W. State Street, 4th Floor**
**Trenton, NJ 08608**

**Mailing Address for United States Postal Service:**
**P.O. Box 304**
**Trenton, NJ 08625-0304**

**Delivery address for all other carriers, i.e., UPS, FedEx, etc.:**
**20 W. State Street, 4th Floor**
**Trenton, NJ 08608**

**Schedule a candidate petition filing appointment:**

In an effort to improve the petition filing experience, the Division of Elections offers petition filers an opportunity to schedule an appointment prior to the petition filing date. Scheduling an appointment will improve the petition filing process and help reduce the time spent filing your petition.

Schedule an appointment by visiting http://nj.gov/state/elections/candidate-petitions.html.

**We suggest filing your petition as early as possible!**

# Exhibit 5

STATE OF NEW JERSEY
DEPARTMENT OF STATE
DIVISION OF ELECTIONS
P.O. BOX 304
TRENTON, NJ 08625-0304

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

TAHESHA WAY
*Secretary of State*

**PETITION FILING INSTRUCTION SHEET**
**2023 PRIMARY ELECTION**
**NEW JERSEY GENERAL ASSEMBLY**

**This information sheet is not meant to encompass all of the statutory and constitutional requirements for filing petitions, but is to be used only as a guide. If you have any additional questions, you should consult Title 19 of the New Jersey Statutes or seek legal counsel.**

In order to confirm the correct legislative district information for candidates and signers, please refer to https://www.apportionmentcommission.org/adoption2022map.asp.

The New Jersey Division of Elections accepts petitions on behalf of the Secretary of State, who serves as the Chief Election Official of the State of New Jersey. Set forth below are qualifications for candidacy along with an overview of the statutory requirements for submitting petitions to conform with Title 19 of the New Jersey Statutes.

**Candidate(s) petitions may be filed in person or by mail, but must be received on or before 4:00 p.m. on *March 27, 2023* (N.J.S.A. 19:23-14).**

Pursuant to the Constitution of the State of New Jersey, Article IV, Section 1, Paragraph 2, to qualify as a candidate for the office of New Jersey General Assembly, you must meet the following qualifications:

- shall have attained the age of 21 years by the day of the swearing into office
- a United States Citizen
- a resident of New Jersey for two years as of the day of the General Election
- a resident of the legislative district for one year as of the day of the General Election
- a legal voter by the day the petition is filed

Each candidate should read and follow petition instructions.

In accordance with Title 19, petitions must meet the following requirements:

- Candidate's name, residence address, post-office address, and candidate's email address must appear on each petition. (N.J.S.A. 19:23-7); (Page 1 of Petition)

- The circulator/witness is the person who collected the signatures on the petition and must complete and sign the **"Affidavit of Person who Circulates this Petition and Witnesses Signatures"** where indicated. If the same person circulates more than one petition, he/she must complete the Affidavit of Circulator in each booklet. **Note: Affidavit must be notarized** (N.J.S.A. 19:23-11); (Page 12 of Petition)

- The circulator does not have to be a signer of the petition but must be an individual who is affiliated with the same political party named in the petition, at least 18 years of age, a citizen of the United States and not otherwise disqualified from voting (N.J.S.A. 19:23-11);

- Candidate(s) must sign an **"Oath of Allegiance."** (N.J.S.A. 19:23-15); (Pages 15 & 16 of Petition)
**Note: Oath of Allegiance must be notarized;**

- Candidate(s) must sign a **"Certificate of Acceptance to be Signed by Candidate."** (N.J.S.A. 19:23-15); (Pages 17 & 18 of Petition)

- Candidate(s) must sign a **"Disclosure Statement of Criminal Conviction."** (N.J.S.A. 19:23-15); (Pages 19 & 20 of Petition)

- **"Candidate's Request for Slogan on the Official Primary Election Ballot.**" A candidate may request a designation/slogan which must not exceed six (6) words. Further, "…no such designation or slogan shall include or refer to the name of any person or any incorporated association of this State unless the written consent of such person or incorporated association of this State has been filed with the petition of nomination of such candidate or group of candidates". (N.J.S.A. 19:23-17); (Page 13 of Petition)

- If candidate(s) are requesting that their names be bracketed, their names must appear the same on all petition booklets (N.J.S.A. 19:23-8);

- Contain the names, addresses and signatures of at least 100 registered voters who are affiliated with the same political party named in the petition in the Legislative District on the **"Signature Sheet".** (N.J.S.A. 19:23-8); (Pages 2-11 of Petition)

The person submitting a petition will be asked to provide the day and evening telephone numbers in addition to an email address of the candidate, in order to notify him or her if a challenge to the petition is filed. The daytime phone number will also be used for public information purposes, i.e., press/citizen inquiry.

Completed candidate petitions can either be hand-delivered or mailed to the Division of Elections. Please find the contact information listed below.

**Office Location:**
**20 W. State Street, 4th Floor**
**Trenton, NJ 08608**

**Mailing Address for United States Postal Service:**
**P.O. Box 304**
**Trenton, NJ 08625-0304**

**Delivery address for all other carriers, i.e., UPS, FedEx, etc.:**
**20 W. State Street, 4th Floor**
**Trenton, NJ 08608**

**Schedule a candidate petition filing appointment:**

In an effort to improve the petition filing experience, the Division of Elections offers petition filers an opportunity to schedule an appointment prior to the petition filing date. Scheduling an appointment will improve the petition filing process and help reduce the time spent filing your petition.

Schedule an appointment by visiting https://www.state.nj.us/state/elections/candidate-petition-filing.shtml.

**We suggest filing your petition as early as possible!**

# Exhibit 6

STATE OF NEW JERSEY
DEPARTMENT OF STATE
DIVISION OF ELECTIONS
P.O. BOX 304
TRENTON, NJ 08625-0304

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

TAHESHA WAY
*Secretary of State*

**PETITION FILING INSTRUCTION SHEET**
**2023 GENERAL ELECTION**
**NEW JERSEY GENERAL ASSEMBLY**

**This information sheet is not meant to encompass all of the statutory and constitutional requirements for filing petitions, but is to be used only as a guide. If you have any additional questions, you should consult Title 19 of the New Jersey Statutes or seek legal counsel.**

In order to confirm the correct legislative district information for candidates and signers, please refer to https://www.apportionmentcommission.org/adoption2022map.asp.

The New Jersey Division of Elections accepts petitions on behalf of the Secretary of State, who serves as the Chief Election Official of the State of New Jersey. Set forth below are qualifications for candidacy along with an overview of the statutory requirements for submitting petitions to conform with Title 19 of the New Jersey Statutes.

**Candidate petitions may be filed in person or by mail, but must be received on or before 4:00 p.m. on *June 6, 2023* (N.J.S.A. 19:13-19).**

Pursuant to the Constitution of the State of New Jersey, Article IV, Section 1, Paragraph 2, to qualify as a candidate for the office of New Jersey General Assembly, you must meet the following qualifications:

- shall have attained the age of 21 years by the day of the swearing into office
- United States Citizen
- a resident of New Jersey for two years as of the day of the General Election
- a resident of the legislative district for one year as of the day of the General Election
- legal voter by the day the petition is filed

Each candidate should read and follow petition instructions.

In accordance with Title 19, petitions must meet the following requirements:

- Candidate's name, residence address, post-office address, and candidate's email address must appear on each petition. (N.J.S.A. 19:13-6); (Page 1 of Petition)

- Signed **"Affidavit of Person who Circulates this Petition and Witnesses Signatures"**. The person who circulates the petition does not have to be a signer of the petition and shall not be required to be a registered voter, but shall be at least 18 years of age, a citizen of the United States, and not otherwise disqualified from voting under the State Constitution or election laws of New Jersey. **Note: Affidavit must be notarized**. (N.J.S.A. 19:13-7); (Page 12 of Petition)

- Candidate(s) must sign an **"Oath of Allegiance."** (N.J.S.A. 19:13-8); (Pages 14 & 15 of Petition)
  **Note: Oath of allegiance must be notarized;**

- Candidate(s) must sign a **"Certificate of Acceptance to be Signed by Candidate."** (N.J.S.A. 19:13-8); (Pages 16 & 17 of Petition)

- Candidate(s) must sign a **"Disclosure Statement of Criminal Conviction."** (N.J.S.A. 19:13-8); (Pages 18 & 19 of Petition)

- **"Candidate's Request for Slogan on the Official General Election Ballot.**" A candidate shall state a designation/slogan which must not exceed three (3) words. Further, "...no such designation shall contain the designation name, derivative, or any part thereof as a noun or an adjective of any political party entitled to participate in the primary." (N.J.S.A. 19:13-4); (Page 13 of Petition)

- If Candidate(s) are requesting that their names be bracketed, their names must appear the same on all petition booklets (N.J.S.A. 19:14-10);

- Contain the names, addresses and signatures of at least 50 legally qualified New Jersey voters in the Legislative District on the **"Signature Sheet"**. (N.J.S.A. 19:13-5); (Pages 2-11 of Petition) ("In case of a first general election to be held in a newly established election district, county, city or other political division, the number of fifty signatures to a petition shall be sufficient to nominate a candidate to be voted for only in such election district, county, city or other political division.")

The person submitting a petition will be asked to provide the day and evening telephone numbers in addition to an email address of the candidate, in order to notify him or her if a challenge to the petition is filed. The daytime phone number will also be used for public information purposes, i.e., press/citizen inquiry.

Completed candidate petitions can either be hand-delivered or mailed to the Division of Elections. Please find the contact information listed below.

**Office Location:**
**20 W. State Street, 4th Floor**
**Trenton, NJ 08608**

**Mailing Address for United States Postal Service:**
**P.O. Box 304**
**Trenton, NJ 08625-0304**

**Delivery address for all other carriers, i.e., UPS, FedEx, etc.:**
**20 W. State Street, 4th Floor**
**Trenton, NJ 08608**

**Schedule a candidate petition filing appointment:**

In an effort to improve the petition filing experience, the Division of Elections offers petition filers an opportunity to schedule an appointment prior to the petition filing date. Scheduling an appointment will improve the petition filing process and help reduce the time spent filing your petition.

Schedule an appointment by visiting https://www.state.nj.us/state/elections/candidate-petition-filing.shtml.

**We suggest filing your petition as early as possible!**

# Exhibit 7

STATE OF NEW JERSEY
DEPARTMENT OF STATE
P.O. BOX 300
TRENTON, NJ 08625-0300

PHILIP D. MURPHY
*Governor*

LT. GOVERNOR TAHESHA L. WAY
*Secretary of State*

**PETITION FILING INSTRUCTION SHEET**
**2024 PRIMARY ELECTION**
**UNITED STATES HOUSE OF REPRESENTATIVES**

**This information sheet is not meant to encompass all of the statutory and constitutional requirements for filing petitions, but is to be used only as a guide. If you have any additional questions, you should seek legal counsel.**

The New Jersey Division of Elections accepts petitions on behalf of the Secretary of State, who serves as the Chief Election Official of the State of New Jersey. Set forth below are qualifications for candidacy along with an overview of the statutory requirements for submitting petitions to conform with Title 19, the Election Laws of New Jersey.

**Candidate petitions may be filed in person or by mail, but must be received by the deadline date, on or before 4:00 p.m. on *March 25, 2024*. (N.J.S.A. 19:23-14)**

Pursuant to the Constitution of the United States, Article 1, Section 2, Clause 2, to qualify as a candidate for the office of United States House of Representatives, you must meet the following qualifications:

- shall have attained the age of 25 years by the day of the swearing into office
- a United States Citizen for seven years by the day of the swearing into office
- a resident of New Jersey as of the day of the General Election

Each candidate should read and follow petition instructions.

In accordance with Title 19, petitions must meet the following requirements:

- Candidate's name, residence address, post-office address, and candidate's email address must appear on each petition. (N.J.S.A. 19:23-7); (Page 1 of Petition)

- The circulator/witness is the person who collected the signatures on the petition and must complete and sign the **"Affidavit of Person who Circulates this Petition and Witnesses Signatures"** where indicated. If the same person circulates more than one petition, he/she must complete the Affidavit of Circulator in each booklet. **Note: Affidavit must be notarized** (N.J.S.A. 19:23-11); (Page 12 of Petition)

- The circulator does not have to be a signer of the petition but must be an individual who is affiliated with the same political party named in the petition, at least 18 years of age, a citizen of the United States and not otherwise disqualified from voting (N.J.S.A. 19:23-11);

NEW JERSEY IS AN EQUAL OPPORTUNITY EMPLOYER - PRINTED ON RECYCLED PAPER AND RECYCLABLE

- Candidate must sign an **"Oath of Allegiance."; "Affirmation of Allegiance" or "Declaration of Allegiance";** (N.J.S.A. 19:23-15); (Pages 15-17 of Petition)
  **Note: Oath of allegiance, Affirmation of allegiance or Declaration of allegiance must be notarized;**

- Candidate must sign a **"Certificate of Acceptance to be Signed by Candidate."** (N.J.S.A. 19:23-15); (Page 18 of Petition)

- **"Candidate's Request for Slogan on the Official Primary Election Ballot.**" A candidate may request a designation/slogan which must not exceed six (6) words. Further, "…no such designation or slogan shall include or refer to the name of any person or any incorporated association of this State unless the written consent of such person or incorporated association of this State has been filed with the petition of nomination of such candidate or group of candidates". (N.J.S.A. 19:23-17); (Page 13 of Petition)

- Contain the names, addresses and signatures of at least 200 registered voters who are affiliated with the same political party named in the petition in the Congressional District on the **"Signature Sheet".** (N.J.S.A. 19:23-8); (Pages 2-11 of Petition)

The person submitting a petition will be asked to provide the day and evening telephone numbers in addition to an email address of the candidate, in order to notify him or her if a challenge to the petition is filed. The daytime phone number will also be used for public information purposes, i.e., press/citizen inquiry.

Completed candidate petitions can either be hand-delivered or mailed to the Division of Elections. Please find the contact information listed below.

**Office Location:**
**225 W. State Street, 5th Floor**
**Trenton, NJ 08608**

**Mailing Address for United States Postal Service:**
**P.O. Box 304**
**Trenton, NJ 08625-0304**

**Delivery address for all other carriers, i.e., UPS, FedEx, etc.:**
**225 W. State Street, 5th Floor**
**Trenton, NJ 08608**

**Schedule a candidate petition filing appointment:**

In an effort to improve the petition filing experience, the Division of Elections offers petition filers an opportunity to schedule an appointment prior to the petition filing date. Scheduling an appointment will improve the petition filing process and help reduce the time spent filing your petition.

Schedule an appointment by visiting http://nj.gov/state/elections/candidate-petitions.html.

**We suggest filing your petition as early as possible!**

# Exhibit 8

STATE OF NEW JERSEY
DEPARTMENT OF STATE
P.O. BOX 300
TRENTON, NJ 08625-0300

PHILIP D. MURPHY
*Governor*

LT. GOVERNOR TAHESHA L. WAY
*Secretary of State*

# PETITION FILING INSTRUCTION SHEET
# 2024 GENERAL ELECTION
# UNITED STATES HOUSE OF REPRESENTATIVES

**This information sheet is not meant to encompass all of the statutory and constitutional requirements for filing petitions, but is to be used only as a guide. If you have any additional questions, you should seek legal counsel.**

The New Jersey Division of Elections accepts petitions on behalf of the Secretary of State, who serves as the Chief Election Official of the State of New Jersey. Set forth below are qualifications for candidacy along with an overview of the statutory requirements for submitting petitions to conform with Title 19, the Election Laws of New Jersey.

**Candidate direct nominating petitions may be filed in person or by mail, but must be received by the deadline date, on or before 4:00 p.m. on *June 4, 2024, the day of the primary election*. (N.J.S.A. 19:13-9)**

Pursuant to the Constitution of the United States, Article 1, Section 2, Clause 2, to qualify as a candidate for the office of United States House of Representatives, you must meet the following qualifications:

- shall have attained the age of 25 years by the day of the swearing into office
- a United States Citizen for seven years by the day of the swearing into office
- a resident of New Jersey as of the day of the General Election

Each candidate should read and follow petition instructions.

In accordance with Title 19, petitions must meet the following requirements:

- Candidate's name, residence address, post-office address, and candidate's email address must appear on each petition. (N.J.S.A. 19:13-6); (Page 1 of Petition)

- Signed **"Affidavit of Person who Circulates this Petition and Witnesses Signatures"**. The person who circulates the petition does not have to be a signer of the petition and shall not be required to be a registered voter, but shall be at least 18 years of age, a citizen of the United States, and not otherwise disqualified from voting under the State Constitution or election laws of New Jersey. **Note: Affidavit must be notarized**. (N.J.S.A. 19:13-7); (Page 12 of Petition)

- Candidate must sign an **"Oath of Allegiance."; "Affirmation of Allegiance" or "Declaration of Allegiance";** (N.J.S.A. 19:13-8); (Pages 14-16 of Petition)
  **Note: Oath of allegiance, Affirmation of allegiance or Declaration of allegiance must be notarized.**

- Candidate must sign a **"Certificate of Acceptance to be Signed by Candidate."** (N.J.S.A. 19:13-8); (Page 17 of Petition)

- **"Candidate's Request for Slogan on the Official General Election Ballot.**" A candidate shall state a designation/slogan which must not exceed three (3) words. Further, "...no such designation shall contain the designation name, derivative, or any part thereof as a noun or an adjective of any political party entitled to participate in the primary." (N.J.S.A. 19:13-4); (Page 13 of Petition)

- Contain the names, addresses and signatures of at least 100 registered voters in the Congressional District on the **"Signature Sheet".** (N.J.S.A. 19:13-5); (Pages 2-11 of Petition)

The person submitting a petition will be asked to provide the day and evening telephone numbers in addition to an email address of the candidate, in order to notify him or her if a challenge to the petition is filed. The daytime phone number will also be used for public information purposes, i.e., press/citizen inquiry.

Completed candidate petitions can either be hand-delivered or mailed to the Division of Elections. Please find the contact information listed below.

**Office Location:**
**225 W. State Street, 5th Floor**
**Trenton, NJ 08608**

**Mailing Address for United States Postal Service:**
**P.O. Box 304**
**Trenton, NJ 08625-0304**

**Delivery address for all other carriers, i.e., UPS, FedEx, etc.:**
**225 W. State Street, 5th Floor**
**Trenton, NJ 08608**

**Schedule a candidate petition filing appointment:**

In an effort to improve the petition filing experience, the Division of Elections offers petition filers an opportunity to schedule an appointment prior to the petition filing date. Scheduling an appointment will improve the petition filing process and help reduce the time spent filing your petition.

Schedule an appointment by visiting http://nj.gov/state/elections/candidate-petitions.html.

**We suggest filing your petition as early as possible!**

# Exhibit 9

STATE OF NEW JERSEY
DEPARTMENT OF STATE
P.O. BOX 300
TRENTON, NJ 08625-0300

PHILIP D. MURPHY
*Governor*

LT. GOVERNOR TAHESHA L. WAY
*Secretary of State*

**PETITION FILING INSTRUCTION SHEET**
**2025 PRIMARY ELECTION**
**NEW JERSEY GENERAL ASSEMBLY**

**This information sheet is not meant to encompass all of the statutory and constitutional requirements for filing petitions, but is to be used only as a guide. If you have any additional questions, you should seek legal counsel.**

In order to confirm the correct legislative district information for candidates and signers, please refer to https://www.apportionmentcommission.org/adoption2022map.asp.

The New Jersey Division of Elections accepts petitions on behalf of the Secretary of State, who serves as the Chief Election Official of the State of New Jersey. Set forth below are qualifications for candidacy along with an overview of the statutory requirements for submitting petitions to conform with Title 19, the Election Laws of New Jersey.

**Candidate petitions may be filed in person or by mail, but must be received by the deadline date, on or before 4:00 p.m. on *March 24, 2025*. (N.J.S.A. 19:23-14)**

Pursuant to the Constitution of the State of New Jersey, Article IV, Section 1, Paragraph 2, to qualify as a candidate for the office of New Jersey General Assembly, you must meet the following qualifications:

- shall have attained the age of 21 years by the day of the swearing into office
- a United States Citizen
- a resident of New Jersey for two years as of the day of the General Election
- a resident of the legislative district for one year as of the day of the General Election
- a legal voter by the day the petition is filed

Each candidate should read and follow petition instructions.

In accordance with Title 19, petitions must meet the following requirements:

- Candidate's name, residence address, post-office address, and candidate's email address must appear on each petition. (N.J.S.A. 19:23-7); (Page 1 of Petition)

- The circulator/witness is the person who collected the signatures on the petition and must complete and sign the **"Affidavit of Person who Circulates this Petition and Witnesses Signatures"** where indicated. If the same person circulates more than one petition, he/she must complete the Affidavit of Circulator in each booklet. If more than one person circulates the same petition booklet or multiple petition booklets, all individuals will need to complete an Affidavit of Circulator. **Note: Affidavit must be notarized** (N.J.S.A. 19:23-11); (Page 12 of Petition)

- The circulator does not have to be a signer of the petition but must be an individual who is affiliated with the same political party named in the petition, at least 18 years of age, a citizen of the United States and not otherwise disqualified from voting (N.J.S.A. 19:23-11);

- Candidate must sign ONE of the following: an **"Oath of Allegiance."; "Affirmation of Allegiance" or "Declaration of Allegiance";** (N.J.S.A. 19:23-15); (Pages 15-20 of Petition) **Note: Oath of allegiance, Affirmation of allegiance or Declaration of allegiance must be notarized;**

- Candidate must sign a **"Certificate of Acceptance to be Signed by Candidate."** (N.J.S.A. 19:23-15); (Pages 21 & 22 of Petition)

- Candidate(s) must sign a **"Disclosure Statement of Criminal Conviction."** (N.J.S.A. 19:23-15); (Pages 23 & 24 of Petition)

- **"Candidate's Request for Slogan on the Official Primary Election Ballot.**" A candidate may request a designation/slogan which must not exceed six (6) words. Further, "…no such designation or slogan shall include or refer to the name of any person or any incorporated association of this State unless the written consent of such person or incorporated association of this State has been filed with the petition of nomination of such candidate or group of candidates". (N.J.S.A. 19:23-17); (Page 13 of Petition)

- Contain the names, addresses and signatures of at least 100 registered voters who are affiliated with the same political party named in the petition in the Legislative District on the **"Signature Sheet".** (N.J.S.A. 19:23-8); (Pages 2-11 of Petition)

The person submitting a petition will be asked to provide the day and evening telephone numbers in addition to an email address of the candidate, in order to notify him or her if a challenge to the petition is filed. The daytime phone number will also be used for public information purposes, i.e., press/citizen inquiry.

Completed candidate petitions can either be hand-delivered or mailed to the Division of Elections. Please find the contact information listed below.

**Office Location:**
**225 W. State Street, 1st Floor**
**Trenton, NJ 08608**

**Mailing Address for United States Postal Service:**
**P.O. Box 304**
**Trenton, NJ 08625-0304**

**Delivery address for all other carriers, i.e., UPS, FedEx, etc.:**
**225 W. State Street, 1st Floor**
**Trenton, NJ 08608**

**Schedule a candidate petition filing appointment:**

In an effort to improve the petition filing experience, the Division of Elections offers petition filers an opportunity to schedule an appointment prior to the petition filing date. Scheduling an appointment will improve the petition filing process and help reduce the time spent filing your petition.

Schedule an appointment by visiting http://nj.gov/state/elections/candidate-petitions.html.

**We suggest filing your petition as early as possible!**

# Exhibit 10

STATE OF NEW JERSEY
DEPARTMENT OF STATE
P.O. BOX 300
TRENTON, NJ 08625-0300

PHILIP D. MURPHY
*Governor*

LT. GOVERNOR TAHESHA L. WAY
*Secretary of State*

# ~AMENDED~

## PETITION FILING INSTRUCTION SHEET
## 2025 PRIMARY ELECTION
## NEW JERSEY GENERAL ASSEMBLY

*****PLEASE NOTE: As a result of the passing of P.L. 2025, c.20, the number of signatures required on a nominating petition have changed. The new number of signatures required for a Primary Election candidate for the Office of General Assembly is 250, effective immediately. Further, "[a]ny petition signatures collected by a candidate for office to be voted for at the 2025 primary election utilizing the petition forms published by the Secretary of State prior to the effective date of P.L. 2025, c. 20 . . . shall not be subject to a petition challenge based upon the use of a form published by the Secretary of State prior to the effective date of P.L. 2025, c. 20."*****

**This information sheet is not meant to encompass all of the statutory and constitutional requirements for filing petitions, but is to be used only as a guide. If you have any additional questions, you should seek legal counsel.**

In order to confirm the correct legislative district information for candidates and signers, please refer to https://www.apportionmentcommission.org/adoption2022map.asp.

The New Jersey Division of Elections accepts petitions on behalf of the Secretary of State, who serves as the Chief Election Official of the State of New Jersey. Set forth below are qualifications for candidacy along with an overview of the statutory requirements for submitting petitions to conform with Title 19, the Election Laws of New Jersey.

**Candidate petitions may be filed in person or by mail, but must be received by the deadline date, on or before 4:00 p.m. on *March 24, 2025*. (N.J.S.A. 19:23-14; P.L. 2024, c. 107)**

Pursuant to the Constitution of the State of New Jersey, Article IV, Section 1, Paragraph 2, to qualify as a candidate for the office of New Jersey General Assembly, you must meet the following qualifications:

- shall have attained the age of 21 years by the day of the swearing into office
- a United States Citizen
- a resident of New Jersey for two years as of the day of the General Election
- a resident of the legislative district for one year as of the day of the General Election
- a legal voter by the day the petition is filed

Each candidate should read and follow petition instructions.

In accordance with Title 19, petitions must meet the following requirements:

- Candidate's name, residence address, post-office address, and candidate's email address must appear on each petition. (N.J.S.A. 19:23-7); (Page 1 of Petition)

- The circulator does not have to be a signer of the petition but must be an individual who is affiliated with the same political party named in the petition, at least 18 years of age, a citizen of the United States and not otherwise disqualified from voting (N.J.S.A. 19:23-11);

- The circulator/witness is the person who collected the signatures on the petition and must complete and sign the **"Affidavit of Person who Circulates this Petition and Witnesses Signatures"** where indicated. If the same person circulates more than one petition, he/she must complete the Affidavit of Circulator in each booklet. If more than one person circulates the same petition booklet or multiple petition booklets, all individuals will need to complete an Affidavit of Circulator. **Note: Affidavit must be notarized** (N.J.S.A. 19:23-11); (Page 12 of Petition)

- Candidate must sign ONE of the following: an **"Oath of Allegiance."; "Affirmation of Allegiance" or "Declaration of Allegiance";** (N.J.S.A. 19:23-15); (Pages 15-20 of Petition) **Note: Oath of allegiance, Affirmation of allegiance or Declaration of allegiance must be notarized;**

- Candidate must sign a **"Certificate of Acceptance to be Signed by Candidate."** (N.J.S.A. 19:23-15); (Pages 21 & 22 of Petition)

- Candidate(s) must sign a **"Disclosure Statement of Criminal Conviction."** (N.J.S.A. 19:23-15); (Pages 23 & 24 of Petition)

- **"Candidate's Request for Slogan on the Official Primary Election Ballot."** A candidate may request a designation/slogan which must not exceed six (6) words. Further, "…no such designation or slogan shall include or refer to the name of any person or any incorporated association of this State unless the written consent of such person or incorporated association of this State has been filed with the petition of nomination of such candidate or group of candidates". (N.J.S.A. 19:23-17); (Page 13 of Petition)

- If Candidate(s) are requesting that their names be bracketed, their names must appear the same on all petition booklets (N.J.S.A. 19:14-10);

- Contain the names, addresses and signatures of at least **250** registered voters who are affiliated with the same political party named in the petition in the Legislative District on the **"Signature Sheet".** (N.J.S.A. 19:23-8; as amended by P.L. 2025, c. 20); (Pages 2-11 of Petition)

The person submitting a petition will be asked to provide the day and evening telephone numbers in addition to an email address of the candidate, in order to notify him or her if a challenge to the petition is filed. The daytime phone number will also be used for public information purposes, i.e., press/citizen inquiry.

Completed candidate petitions can either be hand-delivered or mailed to the Division of Elections. Please find the contact information listed below.

**Office Location:**
**225 W. State Street, 1st Floor**
**Trenton, NJ 08608**

**Mailing Address for United States Postal Service:**
**P.O. Box 304**
**Trenton, NJ 08625-0304**

**Delivery address for all other carriers, i.e., UPS, FedEx, etc.:**
**225 W. State Street, 1st Floor**
**Trenton, NJ 08608**

**Schedule a candidate petition filing appointment:**

In an effort to improve the petition filing experience, the Division of Elections offers petition filers an opportunity to schedule an appointment prior to the petition filing date. Scheduling an appointment will improve the petition filing process and help reduce the time spent filing your petition.

Schedule an appointment by visiting http://nj.gov/state/elections/candidate-petitions.html.

**We suggest filing your petition as early as possible!**

# Exhibit 11

STATE OF NEW JERSEY
DEPARTMENT OF STATE
P.O. BOX 300
TRENTON, NJ 08625-0300

PHILIP D. MURPHY
*Governor*

LT. GOVERNOR TAHESHA L. WAY
*Secretary of State*

**PETITION FILING INSTRUCTION SHEET**
**2025 GENERAL ELECTION**
**NEW JERSEY GENERAL ASSEMBLY**

**This information sheet is not meant to encompass all of the statutory and constitutional requirements for filing petitions, but is to be used only as a guide. If you have any additional questions, you should seek legal counsel.**

In order to confirm the correct legislative district information for candidates and signers, please refer to https://www.apportionmentcommission.org/adoption2022map.asp.

The New Jersey Division of Elections accepts petitions on behalf of the Secretary of State, who serves as the Chief Election Official of the State of New Jersey. Set forth below are qualifications for candidacy along with an overview of the statutory requirements for submitting petitions to conform with Title 19, the Election Laws of New Jersey.

**Candidate petitions may be filed in person or by mail, but must be received by the deadline date, on or before 4:00 p.m. on *June 10, 2025*. (N.J.S.A. 19:13-19; P.L. 2024, c. 107)**

Pursuant to the Constitution of the State of New Jersey, Article IV, Section 1, Paragraph 2, to qualify as a candidate for the office of New Jersey General Assembly, you must meet the following qualifications:

- shall have attained the age of 21 years by the day of the swearing into office
- a United States Citizen
- a resident of New Jersey for two years as of the day of the General Election
- a resident of the legislative district for one year as of the day of the General Election
- a legal voter by the day the petition is filed

Each candidate should read and follow petition instructions.

In accordance with Title 19, petitions must meet the following requirements:

- Candidate's name, residence address, post-office address, and candidate's email address must appear on each petition. (N.J.S.A. 19:13-6); (Page 1 of Petition)

- Signed **"Affidavit of Person who Circulates this Petition and Witnesses Signatures"**. The person who circulates the petition does not have to be a signer of the petition and shall not be required to be a registered voter, but shall be at least 18 years of age, a citizen of the United States, and not otherwise disqualified from voting under the State Constitution or election laws of New Jersey. If the same person circulates more than one petition, he/she must complete the Affidavit of Circulator in each booklet. If more than one person circulates the same petition booklet or multiple petition booklets, all individuals will need to complete an Affidavit of Circulator. **Note: Affidavit must be notarized**. (N.J.S.A. 19:13-7); (Page 12 of Petition)

- Candidate must sign ONE of the following: an **"Oath of Allegiance."; "Affirmation of Allegiance" or "Declaration of Allegiance";** (N.J.S.A. 19:13-8); (Pages 14-19 of Petition)
  **Note: Oath of allegiance, Affirmation of allegiance or Declaration of allegiance must be notarized.**

- Candidate must sign a **"Certificate of Acceptance to be Signed by Candidate."** (N.J.S.A. 19:13-8); (Pages 20 & 21 of Petition)

- Candidate(s) must sign a **"Disclosure Statement of Criminal Conviction."** (N.J.S.A. 19:13-8); (Pages 22 & 23 of Petition)

- **"Candidate's Request for Slogan on the Official General Election Ballot.**" A candidate shall state a designation/slogan which must not exceed three (3) words. Further, "...no such designation shall contain the designation name, derivative, or any part thereof as a noun or an adjective of any political party entitled to participate in the primary." (N.J.S.A. 19:13-4); (Page 13 of Petition)

- If Candidate(s) are requesting that their names be bracketed, their names must appear the same on all petition booklets (N.J.S.A. 19:14-10);

- Contain the names, addresses and signatures of at least 50 legally qualified New Jersey voters in the Legislative District on the **"Signature Sheet"**. (N.J.S.A. 19:13-5); (Pages 2-11 of Petition)

The person submitting a petition will be asked to provide the day and evening telephone numbers in addition to an email address of the candidate, in order to notify him or her if a challenge to the petition is filed. The daytime phone number will also be used for public information purposes, i.e., press/citizen inquiry.

Completed candidate petitions can either be hand-delivered or mailed to the Division of Elections. Please find the contact information listed below.

**Office Location:**
**225 W. State Street, 1st Floor**
**Trenton, NJ 08608**

**Mailing Address for United States Postal Service:**
**P.O. Box 304**
**Trenton, NJ 08625-0304**

**Delivery address for all other carriers, i.e., UPS, FedEx, etc.:**
**225 W. State Street, 1st Floor**
**Trenton, NJ 08608**

**Schedule a candidate petition filing appointment:**

In an effort to improve the petition filing experience, the Division of Elections offers petition filers an opportunity to schedule an appointment prior to the petition filing date. Scheduling an appointment will improve the petition filing process and help reduce the time spent filing your petition.

Schedule an appointment by visiting http://nj.gov/state/elections/candidate-petitions.html.

**We suggest filing your petition as early as possible!**

# Exhibit 12

STATE OF NEW JERSEY
DEPARTMENT OF STATE
P.O. BOX 300
TRENTON, NJ 08625-0300

PHILIP D. MURPHY
*Governor*

LT. GOVERNOR TAHESHA L. WAY
*Secretary of State*

# ~AMENDED~

**PETITION FILING INSTRUCTION SHEET**
**2025 GENERAL ELECTION**
**NEW JERSEY GENERAL ASSEMBLY**

*****PLEASE NOTE: As a result of the passing of P.L. 2025, c. 20, the number of signatures required on a nominating petition have changed. The new number of signatures required for a General Election candidate for the Office of General Assembly is 250, effective immediately. Further, "[a]ny petition signatures collected by a candidate for office to be voted for at the 2025 primary election utilizing the petition forms published by the Secretary of State prior to the effective date of P.L. 2025,. c. 20 . . . shall not be subject to a petition challenge based upon the use of a form published by the Secretary of State prior to the effective date of P.L. 2025, c. 20."*****

**This information sheet is not meant to encompass all of the statutory and constitutional requirements for filing petitions, but is to be used only as a guide. If you have any additional questions, you should seek legal counsel.**

In order to confirm the correct legislative district information for candidates and signers, please refer to https://www.apportionmentcommission.org/adoption2022map.asp.

The New Jersey Division of Elections accepts petitions on behalf of the Secretary of State, who serves as the Chief Election Official of the State of New Jersey. Set forth below are qualifications for candidacy along with an overview of the statutory requirements for submitting petitions to conform with Title 19, the Election Laws of New Jersey.

**Candidate petitions may be filed in person or by mail, but must be received by the deadline date, on or before 4:00 p.m. on *June 10, 2025*. (N.J.S.A. 19:13-19; P.L. 2024, c. 107)**

Pursuant to the Constitution of the State of New Jersey, Article IV, Section 1, Paragraph 2, to qualify as a candidate for the office of New Jersey General Assembly, you must meet the following qualifications:

- shall have attained the age of 21 years by the day of the swearing into office
- a United States Citizen
- a resident of New Jersey for two years as of the day of the General Election
- a resident of the legislative district for one year as of the day of the General Election
- a legal voter by the day the petition is filed

Each candidate should read and follow petition instructions.

In accordance with Title 19, petitions must meet the following requirements:

- Candidate's name, residence address, post-office address, and candidate's email address must appear on each petition. (N.J.S.A. 19:13-6); (Page 1 of Petition)

- Signed **"Affidavit of Person who Circulates this Petition and Witnesses Signatures"**. The person who circulates the petition does not have to be a signer of the petition and shall not be required to be a registered voter, but shall be at least 18 years of age, a citizen of the United States, and not otherwise disqualified from voting under the State Constitution or election laws of New Jersey. If the same person circulates more than one petition, he/she must complete the Affidavit of Circulator in each booklet. If more than one person circulates the same petition booklet or multiple petition booklets, all individuals will need to complete an Affidavit of Circulator. **Note: Affidavit must be notarized**. (N.J.S.A. 19:13-7); (Page 12 of Petition)

- Candidate must sign ONE of the following: an **"Oath of Allegiance."; "Affirmation of Allegiance" or "Declaration of Allegiance";** (N.J.S.A. 19:13-8); (Pages 14-19 of Petition)
**Note: Oath of allegiance, Affirmation of allegiance or Declaration of allegiance must be notarized.**

- Candidate must sign a **"Certificate of Acceptance to be Signed by Candidate."**
(N.J.S.A. 19:13-8); (Pages 20 & 21 of Petition)

- Candidate(s) must sign a **"Disclosure Statement of Criminal Conviction."**
(N.J.S.A. 19:13-8); (Pages 22 & 23 of Petition)

- **"Candidate's Request for Slogan on the Official General Election Ballot."** A candidate shall state a designation/slogan which must not exceed three (3) words. Further, "...no such designation shall contain the designation name, derivative, or any part thereof as a noun or an adjective of any political party entitled to participate in the primary." (N.J.S.A. 19:13-4); (Page 13 of Petition)

- If Candidate(s) are requesting that their names be bracketed, their names must appear the same on all petition booklets (N.J.S.A. 19:14-10);

- Contain the names, addresses and signatures of at least **250** legally qualified New Jersey voters in the Legislative District on the **"Signature Sheet"**. (N.J.S.A. 19:13-5; as amended by P.L. 2025, c. 20); (Pages 2-11 of Petition)

The person submitting a petition will be asked to provide the day and evening telephone numbers in addition to an email address of the candidate, in order to notify him or her if a challenge to the petition is filed. The daytime phone number will also be used for public information purposes, i.e., press/citizen inquiry.

Completed candidate petitions can either be hand-delivered or mailed to the Division of Elections. Please find the contact information listed below.

**Office Location:**
**225 W. State Street, 1st Floor**
**Trenton, NJ 08608**

**Mailing Address for United States Postal Service:**
**P.O. Box 304**
**Trenton, NJ 08625-0304**

**Delivery address for all other carriers, i.e., UPS, FedEx, etc.:**
**225 W. State Street, 1st Floor**
**Trenton, NJ 08608**

**Schedule a candidate petition filing appointment:**

In an effort to improve the petition filing experience, the Division of Elections offers petition filers an opportunity to schedule an appointment prior to the petition filing date. Scheduling an appointment will improve the petition filing process and help reduce the time spent filing your petition.

Schedule an appointment by visiting http://nj.gov/state/elections/candidate-petitions.html.

**We suggest filing your petition as early as possible!**

# Exhibit 13

STATE OF NEW JERSEY
DEPARTMENT OF STATE
P.O. BOX 300
TRENTON, NJ 08625-0300

PHILIP D. MURPHY
*Governor*

**PETITION FILING INSTRUCTION SHEET**
**2026 PRIMARY ELECTION**
**UNITED STATES HOUSE OF REPRESENTATIVES**

**This information sheet is not meant to encompass all of the statutory and constitutional requirements for filing petitions, but is to be used only as a guide. If you have any additional questions, you should seek legal counsel.**

Set forth below are qualifications for candidacy along with an overview of the statutory requirements for submitting petitions to conform with Title 19, the Election Laws of New Jersey.

**Candidate petitions may be filed in person or by mail, but must be received by the deadline date, on or before 4:00 p.m. on *March 23, 2026*. (N.J.S.A. 19:23-14)**

Pursuant to the Constitution of the United States, Article 1, Section 2, Clause 2, to qualify as a candidate for the office of United States House of Representatives, you must meet the following qualifications:

- shall have attained the age of 25 years by the day of the swearing into office
- a United States Citizen for seven years by the day of the swearing into office
- a resident of New Jersey as of the day of the General Election

Each candidate should read and follow petition instructions.

In accordance with Title 19, petitions must meet the following requirements:

- Candidate's name, residence address, post-office address, and candidate's email address must appear on each petition. (N.J.S.A. 19:23-7); (Page 1 of Petition)

- The circulator/witness is the person who collected the signatures on the petition and must complete and sign the **"Affidavit of Person who Circulates this Petition and Witnesses Signatures"** where indicated. If the same person circulates more than one petition, he/she must complete the Affidavit of Circulator in each booklet. If more than one person circulates the same petition booklet or multiple petition booklets, all individuals will need to complete an Affidavit of Circulator.
  **Note: Affidavit must be notarized** (N.J.S.A. 19:23-11); (Page 12 of Petition)

- The circulator does not have to be a signer of the petition but must be an individual who is affiliated with the same political party named in the petition, at least 18 years of age, a citizen of the United States and not otherwise disqualified from voting (N.J.S.A. 19:23-11);

- Candidate must sign ONE of the following: an **"Oath of Allegiance."; "Affirmation of Allegiance" or "Declaration of Allegiance";** (N.J.S.A. 19:23-15); (Pages 15-17 of Petition)
  **Note: Oath of allegiance, Affirmation of allegiance or Declaration of allegiance must be notarized;**

- Candidate must sign a **"Certificate of Acceptance to be Signed by Candidate."** (N.J.S.A. 19:23-15); (Page 18 of Petition)

- **"Candidate's Request for Slogan on the Official Primary Election Ballot."** A candidate may request a designation/slogan which must not exceed six (6) words. Further, "…no such designation or slogan shall include or refer to the name of any person or any incorporated association of this State unless the written consent of such person or incorporated association of this State has been filed with the petition of nomination of such candidate or group of candidates". (N.J.S.A. 19:23-17); (Page 13 of Petition)

- Contain the names, addresses and signatures of at least 500 registered voters who are affiliated with the same political party named in the petition in the Congressional District on the **"Signature Sheet".** (N.J.S.A. 19:23-8); (Pages 2-11 of Petition)

The person submitting a petition will be asked to provide the day and evening telephone numbers in addition to an email address of the candidate, in order to notify him or her if a challenge to the petition is filed. The daytime phone number will also be used for public information purposes, i.e., press/citizen inquiry.

Completed candidate petitions can either be hand-delivered or mailed to the Division of Elections. Please find the contact information listed below.

**Office Location:**
**225 W. State Street, 1st Floor**
**Trenton, NJ 08608**

**Mailing Address for United States Postal Service:**
**P.O. Box 304**
**Trenton, NJ 08625-0304**

**Delivery address for all other carriers, i.e., UPS, FedEx, etc.:**
**225 W. State Street, 1st Floor**
**Trenton, NJ 08608**

**Schedule a candidate petition filing appointment:**

In an effort to improve the petition filing experience, the Division of Elections offers petition filers an opportunity to schedule an appointment prior to the petition filing date. Scheduling an appointment will improve the petition filing process and help reduce the time spent filing your petition.

Schedule an appointment by visiting http://nj.gov/state/elections/candidate-petitions.html.

**We suggest filing your petition as early as possible!**

# Exhibit 14

STATE OF NEW JERSEY
DEPARTMENT OF STATE
P.O. BOX 300
TRENTON, NJ 08625-0300

PHILIP D. MURPHY
*Governor*

**PETITION FILING INSTRUCTION SHEET**
**2026 GENERAL ELECTION**
**UNITED STATES HOUSE OF REPRESENTATIVES**

**This information sheet is not meant to encompass all of the statutory and constitutional requirements for filing petitions, but is to be used only as a guide. If you have any additional questions, you should seek legal counsel.**

Set forth below are qualifications for candidacy along with an overview of the statutory requirements for submitting petitions to conform with Title 19, the Election Laws of New Jersey.

**Candidate direct nominating petitions may be filed in person or by mail, but must be received by the deadline date, on or before 4:00 p.m. on *June 2, 2026, the day of the primary election*. (N.J.S.A. 19:13-9)**

Pursuant to the Constitution of the United States, Article 1, Section 2, Clause 2, to qualify as a candidate for the office of United States House of Representatives, you must meet the following qualifications:

- shall have attained the age of 25 years by the day of the swearing into office
- a United States Citizen for seven years by the day of the swearing into office
- a resident of New Jersey as of the day of the General Election

Each candidate should read and follow petition instructions.

In accordance with Title 19, petitions must meet the following requirements:

- Candidate's name, residence address, post-office address, and candidate's email address must appear on each petition. (N.J.S.A. 19:13-4); (Page 1 of Petition)

- Signed **"Affidavit of Person who Circulates this Petition and Witnesses Signatures"**. The person who circulates the petition does not have to be a signer of the petition and shall not be required to be a registered voter, but shall be at least 18 years of age, a citizen of the United States, and not otherwise disqualified from voting under the State Constitution or election laws of New Jersey. If the same person circulates more than one petition, he/she must complete the Affidavit of Circulator in each booklet. If more than one person circulates the same petition booklet or multiple petition booklets, all individuals will need to complete an Affidavit of Circulator. **Note: Affidavit must be notarized**. (N.J.S.A. 19:13-7); (Page 12 of Petition)

- Candidate must sign <u>ONE of the following</u>: an **"Oath of Allegiance."; "Affirmation of Allegiance" or "Declaration of Allegiance";** (N.J.S.A. 19:13-8); (Pages 14-16 of Petition)
**Note: Oath of allegiance, Affirmation of allegiance or Declaration of allegiance must be notarized;**

- Candidate must sign a **"Certificate of Acceptance to be Signed by Candidate."** (N.J.S.A. 19:13-8); (Page 17 of Petition)

- **"Candidate's Request for Slogan on the Official General Election Ballot.**" A candidate shall state a designation/slogan which must not exceed three (3) words. Further, "...no such designation shall contain the designation name, derivative, or any part thereof as a noun or an adjective of any political party entitled to participate in the primary." (N.J.S.A. 19:13-4); (Page 13 of Petition)

- Contain the names, addresses and signatures of at least 250 registered voters in the Congressional District on the **"Signature Sheet".** (N.J.S.A. 19:13-5); (Pages 2-11 of Petition)

The person submitting a petition will be asked to provide the day and evening telephone numbers in addition to an email address of the candidate, in order to notify him or her if a challenge to the petition is filed. The daytime phone number will also be used for public information purposes, i.e., press/citizen inquiry.

Completed candidate petitions can either be hand-delivered or mailed to the Division of Elections. Please find the contact information listed below.

**Office Location:**
**225 W. State Street, 1st Floor**
**Trenton, NJ 08608**

**Mailing Address for United States Postal Service:**
**P.O. Box 304**
**Trenton, NJ 08625-0304**

**Delivery address for all other carriers, i.e., UPS, FedEx, etc.:**
**225 W. State Street, 1st Floor**
**Trenton, NJ 08608**

**Schedule a candidate petition filing appointment:**

In an effort to improve the petition filing experience, the Division of Elections offers petition filers an opportunity to schedule an appointment prior to the petition filing date. Scheduling an appointment will improve the petition filing process and help reduce the time spent filing your petition.

Schedule an appointment by visiting http://nj.gov/state/elections/candidate-petitions.html.

**We suggest filing your petition as early as possible!**