**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LANA LEGUIA,<br>Plaintiff,<br>v.<br>DR. DALE G. CALDWELL, *in his official capacity as Secretary of State of New Jersey,*<br>Defendant,<br>NEW JERSEY REPUBLICAN STATE COMMITTEE,<br>Intervenor-Defendant. | Civil Action No 3:26-cv-10263 ZHG-TJB<br><br>**APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY [LOCAL CIVIL RULE 6.1(B)]**<br><br>*Filed Electronically* |

Application is hereby made for a Clerk's Order extending time within which Intervenor-Defendant the New Jersey Republican State Committee ("NJRSC") may answer, move, or otherwise reply to the Amended Complaint filed by Plaintiff Lana Leguia, ("Plaintiff") and it is represented that:

1. No previous extension has been obtained; and
2. Plaintiff filed an Amended Complaint on August 21, 2026, while the Court had stayed the deadline to respond to Plaintiff's Complaint, see

ECF 14, and the Court lifted the stay on August 31, 2026, see ECF 39; and

3. Time to answer, move, or otherwise reply expires on September 14, 2026. If granted, the time within which NJRSC shall answer, move, or otherwise reply will be extended to **September 28, 2026**.

Dated: September 8, 2026

*/s/ Maureen T. Coghlan*
Maureen T. Coghlan, Esq.
Jason N. Sena, Esq.
**ARCHER & GREINER, P.C.**
1025 Laurel Oak Road
Voorhees, NJ 08043
(856) 795-2121
mcoghlan@archerlaw.com

*Counsel for Intervenor-Defendant New Jersey Republican State Committee, Inc.*