**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Lana Leguia<br><br>Plaintiff(s)<br><br>v.<br><br>Dr. Dale G. Caldwell<br><br>Defendant(s) | APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY<br>[Local Civil rule 6.1(b)]<br><br>Civil Action No. 3:26-cv-10263 |

Application is hereby made for a Clerk's Order extending time within which defendant(s) Dr. Dale G. Caldwell, in his official capacity as Secretary of State may answer, move, or otherwise reply to the Complaint filed by plaintiff(s) herein and it is represented that:

1. No previous extension has been obtained;
2. Service of Process was effected on 08/21/2026 ; and
3. Time to Answer, Move or otherwise Reply expires on 09/14/2026 .

Nathaniel F. Rubin
Attorney for Defendant(s)

25 Market Street
Mailing Address

Trenton, NJ 08625
City, State, Zip Code

ORDER

The above application is ORDERED GRANTED. Defendant(s) time to answer, move or otherwise reply is extended to 09/28/2026 .
ORDER DATED: ________________

By:____________________________
Deputy Clerk